1

2

3

4

5

6

7

8                         UNITED STATES DISTRICT COURT

9                         EASTERN DISTRICT OF CALIFORNIA

10

11  BRANDON MARSHALL, et.al.,            No. 2:11-cv-02310-MCE-GGH
                                         (and Consolidated Cases)
12          Plaintiff,

13      v.                               **ORDER OF RELATED CASES AND**
                                         **CONSOLIDATION**
14  AT&T MOBILITY LLC, a Limited
    Liability Company,
15
            Defendant.
16  _____/

17  SHAWN SWANSON,                       No. 1:12-cv-00665-LJO-DLB

18          Plaintiff,

19      v.

20  AT&T MOBILITY SERVICES LLC,

21          Defendant.
22  _____/

23      After review of the Notice of Related Cases filed on May 2,

24  2012, the Court makes the following Order:

25      Examination of the below listed civil action reveals that

26  these actions are related within the meaning of Local Rule 123(a)

27  (E.D. Cal. 1997).

28  ///

                                   1

1   The actions involve many of the same defendants and are based on

2   the same or similar claims, the same property transaction or

3   event, similar questions of fact and the same questions of law,

4   and would therefore entail a substantial duplication of labor if

5   heard by different judges.  Accordingly, the assignment of the

6   matters to the same judge is likely to effect a substantial

7   savings of judicial effort and is also likely to be convenient

8   for the parties.  Under the regular practice of this Court,

9   related cases are generally assigned to the district judge and

10  magistrate judge to whom the first filed action was assigned.

11       IT IS THEREFORE ORDERED that pursuant to Fed. R. Civ.

12  Proc. 42, the action denominated as No. 1:12-cv-00665, Shawn

13  Swanson v. AT&T Mobility Services LLC, is reassigned to Judge

14  Morrison C. England, Jr. and Magistrate Judge Gregory G. Hollows

15  and consolidated for all further proceedings.  Any dates

16  currently set in this action are hereby VACATED.

17       IT IS SO ORDERED.

18       1.   Pursuant to Fed. R. Civ. Proc. 42, the above listed

19  actions are consolidated;

20       2.   The Clerk of the Court is directed to add all

21  complaints and answers filed in the member case to the master

22  case;

23       3.   The Clerk of the Court is to issue an Order Requiring

24  Joint Status Report due on or before June 4, 2012;

25       4.   The Clerk of the Court is directed to administratively

26  close the member case; and that the Clerk of the Court make

27  appropriate adjustment in the assignment of civil cases to

28  compensate for this reassignment; and

2

1        5.   The parties are directed to file all future pleadings,

2   motions and other filings ONLY in case No. 2:11-cv-02310-MCE-GGH.

3   Dated: May 4, 2012

4

5   _____

6   MORRISON C. ENGLAND, JR.
    UNITED STATES DISTRICT JUDGE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28