UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRANDON MARSHALL, et.al., | No. 2:11-cv-02310-MCE-GGH (and Consolidated Cases) |
| Plaintiff, | |
| v. | **ORDER OF RELATED CASES AND CONSOLIDATION** |
| AT&T MOBILITY LLC, a Limited Liability Company, | |
| Defendant. / | |
| SHAWN SWANSON, | No. 1:12-cv-00665-LJO-DLB |
| Plaintiff, | |
| v. | |
| AT&T MOBILITY SERVICES LLC, | |
| Defendant. / | |

After review of the Notice of Related Cases filed on May 2, 2012, the Court makes the following Order:

Examination of the below listed civil action reveals that these actions are related within the meaning of Local Rule 123(a) (E.D. Cal. 1997).

///

1

1  The actions involve many of the same defendants and are based on
2  the same or similar claims, the same property transaction or
3  event, similar questions of fact and the same questions of law,
4  and would therefore entail a substantial duplication of labor if
5  heard by different judges.  Accordingly, the assignment of the
6  matters to the same judge is likely to effect a substantial
7  savings of judicial effort and is also likely to be convenient
8  for the parties.  Under the regular practice of this Court,
9  related cases are generally assigned to the district judge and
10 magistrate judge to whom the first filed action was assigned.
11      IT IS THEREFORE ORDERED that pursuant to Fed. R. Civ.
12 Proc. 42, the action denominated as No. 1:12-cv-00665, <u>Shawn
13 Swanson v. AT&T Mobility Services LLC</u>, is reassigned to Judge
14 Morrison C. England, Jr. and Magistrate Judge Gregory G. Hollows
15 and consolidated for all further proceedings.  Any dates
16 currently set in this action are hereby VACATED.
17      IT IS SO ORDERED.
18      1.   Pursuant to Fed. R. Civ. Proc. 42, the above listed
19 actions are consolidated;
20      2.   The Clerk of the Court is directed to add all
21 complaints and answers filed in the member case to the master
22 case;
23      3.   The Clerk of the Court is to issue an Order Requiring
24 Joint Status Report due on or before June 4, 2012;
25      4.   The Clerk of the Court is directed to administratively
26 close the member case; and that the Clerk of the Court make
27 appropriate adjustment in the assignment of civil cases to
28 compensate for this reassignment; and

5. The parties are directed to file all future pleadings, motions and other filings ONLY in case No. 2:11-cv-02310-MCE-GGH.

Dated: May 4, 2012

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE