1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

BRANDON MARSHALL et al.,

Plaintiffs,

v.

AT&T MOBILITY SERVICES LLC, a Delaware Limited Liability Company; and DOES 1-100, jointly and severally,

Defendants.

Case No. 2:11-cv-02310-TLN-DAD

**STIPULATION AND ORDER FOR CHANGE OF VENUE**

Trial:          October 7, 2013
Time:          1:30 p.m.
Courtroom:      2, 15th Floor
Judge:          Hon. Troy L. Nunley

# ORDER

IT IS ORDERED THAT:

1. The cases listed in Exhibit A to the parties' Stipulation for Change of Venue shall be transferred to the United States District Court for the Northern District of California. The transferred cases shall be assigned to Judge Thelton E. Henderson, and related to *Carmen Cruz et al. v. AT&T Mobility Services LLC*, Case No. 3:11:CV-04508-TEH.

Dated: June 11, 2013

Troy L. Nunley
United States District Judge

-1-                STIPULATION FOR CHANGE OF VENUE
                   CASE NO.: 2:11-CV-02310-TLN-DAD